# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
PARKER, GARY ROSS                     §       Case No. 13-30435
PARKER, CYNTHIA MARIA                 §
                                      §
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Jeffrey P. Allsteadt
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago  IL  60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on Friday, October 10, 2014
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

　　If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
PARKER, GARY ROSS                 §    Case No. 13-30435
PARKER, CYNTHIA MARIA             §
                                  §
           Debtor(s)              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 166,111.52 |
| and approved disbursements of | $ | 302.58 |
| leaving a balance on hand of[1] | $ | 165,808.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 2,852.28 | $ 0.00 | $ 2,852.28 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 1,691.00 | $ 0.00 | $ 1,691.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,543.28 |
| Remaining Balance | | $ | 161,265.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,470.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 1,024.39 | $ 0.00 | $ 1,024.39 |
| 000002 | Fifth Third Bank | $ 4,446.60 | $ 0.00 | $ 4,446.60 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,470.99 |
| | Remaining Balance | | | $ 155,794.67 |

Tardily filed claims of general (unsecured) creditors totaling $ 10,683.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Department Stores National Bank/Macy's | $ 1,606.59 | $ 0.00 | $ 1,606.59 |
| 000004 | Chase Bank USA, N.A. | $ 881.56 | $ 0.00 | $ 881.56 |
| 000005 | Chase Bank USA, N.A. | $ 8,195.57 | $ 0.00 | $ 8,195.57 |
| | Total to be paid to tardy general unsecured creditors | | | $ 10,683.72 |

    Remaining Balance      $      145,110.95

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 22.24 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 145,088.71 .

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Gary Ross Parker  
Cynthia Maria Parker  
    Debtors

Case No. 13-30435-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mmyers     Page 1 of 1     Date Rcvd: Sep 12, 2014  
                Form ID: pdf006     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2014.

```
db/jdb         #+Gary Ross Parker,    Cynthia Maria Parker,    800 Mark Lane,    Hampshire, IL 60140-8278
aty             +Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago,, IL 60602-4120
20794260         Bank of America,    PO BOX 851001,    Dallas, TX 75285-1001
20794261         Card Member Services (BP Oil),    PO BOX 15153,    Wilmington, DE 19886-5153
20794262        +Card Member Services (Chase),    PO BOX 15153,    Wilmington, DE 19886-5153
22065239         Chase Bank USA, N.A.,    attn: Correspondence Dept.,    P.O. Box 15298,
                  Wilmington, DE 19850-5298
20794263        +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
20794264        +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
22035080        +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
                  Mason, OH 45040-8053
20794265         Fifth Third Bank,    PO BOX 740789,    Cincinnati, OH 45274-0789
22022483        +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
20794266        +MACY'S,    PO BOX 183083,    Des Moines, IA 50363-0001
20794267         Sears Credit,    PO BOX 183082,    Columbus, OH 43218-3082
20794268        +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
20794269        +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22009140        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2014 00:54:59
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20794270*       +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2014 at the address(es) listed below:

```
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Jessica S Naples    on behalf of Creditor   CITIMORTGAGE, INC. ND-Two@il.cslegal.com
          John S Biallas    on behalf of Joint Debtor Cynthia Maria Parker jsb70@comcast.net
          John S Biallas    on behalf of Debtor Gary Ross Parker jsb70@comcast.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman   Sukley     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
                                                                                              TOTAL: 7
```