UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
PARKER, GARY ROSS                     §    Case No. 13-30435
PARKER, CYNTHIA MARIA                 §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on               . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/Elizabeth C. Berg_____
                                                                                         Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GARY ROSS & CYNTHIA MARIA PARKER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage |  |  |  |  |  |
|  | Toyota Motor Credit |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Citi | | | | | |
| | Unvl/Citi | | | | | |
| | Unvl/Citi | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DEPARTMENT STORES NATIONAL BANK/MAC | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | DEPARTMENT STORES NATIONAL BANK/MAC | | | | | |
| | FIFTH THIRD BANK | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - Trustee Report
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 13-30435 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PARKER, GARY ROSS | | | Date Filed (f) or Converted (c): | 07/31/13 (f) |
| | PARKER, CYNTHIA MARIA | | | 341(a) Meeting Date: | 08/26/13 |
| For Period Ending: | 11/19/14 | | | Claims Bar Date: | 06/05/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Equitable or Future Interests (u) Post-Petition Inheritance | 0.00 | 166,111.52 | | 166,111.52 | FA |
| 2. Real Property 800 Mark Ln., Hampshire, IL--stay lifted per order 10/17/13 | 293,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 5. Clothing-mens | 100.00 | 0.00 | | 0.00 | FA |
| 6. Clothing-womens | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2003 GMC Envoy-229,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 2007 GMC Envoy-87,000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. 1998 laptop and printer | 100.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $302,050.00 | $166,111.52 | | $166,111.52 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened 2/7/14 to administer inheritance. Trustee reappointed 2/11/14; Trustee investigated Gary Ross Parker's interest in the inheritance due to him from his mother's estate; Mr. Parker's mother passed away within 180 days post petition and as a result, the inheritance became property of the Estate; Trustee liqudated the Estate's interest in the probate estate; analyzed claims filed and addressed Estate tax matters; Trustee prepared TFR

Initial Projected Date of Final Report (TFR): 10/31/14    Current Projected Date of Final Report (TFR): 10/31/14

FORM 2 -- Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-30435 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | PARKER, GARY ROSS | Bank Name: | Associated Bank |
|  | PARKER, CYNTHIA MARIA | Account Number / CD #: | *******6131 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1155 |  |  |
| For Period Ending: | 11/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/23/14 | 1 | FRANKLIN TEMPLETON MONEY FUND<br>BANK OF AMERICA, NA<br>SAN FRANCISCO, CA | POST-PETITION INHERITANCE | 1229-000 | 166,111.52 |  | 166,111.52 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 55.75 | 166,055.77 |
| 08/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 246.83 | 165,808.94 |
| 10/14/14 | 001001 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 |  | 2,852.28 | 162,956.66 |
| 10/14/14 | 001002 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attorney's Fees | 3110-000 |  | 1,691.00 | 161,265.66 |
| 10/14/14 | 001003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 100.14% |  |  | 1,025.80 | 160,239.86 |
|  |  |  | Claim       1,024.39 | 7100-000 |  |  |  |
|  |  |  | Interest        1.41 | 7990-000 |  |  |  |
| 10/14/14 | 001004 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001 | Claim 000002, Payment 100.14% |  |  | 4,452.72 | 155,787.14 |
|  |  |  | Claim       4,446.60 | 7100-000 |  |  |  |
|  |  |  | Interest        6.12 | 7990-000 |  |  |  |
| 10/14/14 | 001005 | Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Claim 000003, Payment 100.14% |  |  | 1,608.80 | 154,178.34 |
|  |  |  | Claim       1,606.59 | 7200-000 |  |  |  |
|  |  |  | Interest        2.21 | 7990-000 |  |  |  |
|  |  |  | Page Subtotals |  | 166,111.52 | 11,933.18 |  |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2 — Transaction Report

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 13-30435 -CAD |
| Case Name: | PARKER, GARY ROSS |
| | PARKER, CYNTHIA MARIA |
| Taxpayer ID No: | *******1155 |
| For Period Ending: | 11/19/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6131 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/14/14 | 001006 | Chase Bank USA, N.A. attn: Correspondence Dept. P.O. Box 15298 Wilmington, DE 19850-5298 | Claim 000004, Payment 100.14% | | | 882.77 | 153,295.57 |
| | | | Claim 881.56 | 7200-000 | | | |
| | | | Interest 1.21 | 7990-000 | | | |
| 10/14/14 | 001007 | Chase Bank USA, N.A. attn: Correspondence Dept. P.O. Box 15298 Wilmington, DE 19850-5298 | Claim 000005, Payment 100.14% | | | 8,206.86 | 145,088.71 |
| | | | Claim 8,195.57 | 7200-000 | | | |
| | | | Interest 11.29 | 7990-000 | | | |
| 10/14/14 | 001008 | GARY ROSS & CYNTHIA MARIA PARKER HAMPSHIRE, IL 60140 | Surplus Funds | 8200-002 | | 145,088.71 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 166,111.52 | 166,111.52 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 166,111.52 | 166,111.52 | |
| Less: Payments to Debtors | | 145,088.71 | |
| Net | 166,111.52 | 21,022.81 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6131 | 166,111.52 | 21,022.81 | 0.00 |
| | 166,111.52 | 21,022.81 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 154,178.34

Ver: 18.03a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2 -- Trustee Report**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 13-30435 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | PARKER, GARY ROSS | | Bank Name: | Associated Bank |
| | PARKER, CYNTHIA MARIA | | Account Number / CD #: | *******6131 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1155 | | | |
| For Period Ending: | 11/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*